IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26-cr-036-RAH-SMD |
| | ) | |
| RICHARD JAMIE HEWETT | ) | |

**MOTION FOR DETENTION**

Pursuant to 18 U.S.C. § 3142(e) and (f), the United States of America moves for detention of the defendant.

1. Eligibility of Cases

This case is eligible for a detention order because this case involves:

| | |
|---|---|
| ______ | 10 + year crime of violence (18 U.S.C. § 3156) |
| ______ | 10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B)) |
| ______ | Maximum sentence of life imprisonment or death |
| ______ | 10 + year drug offense |
| ______ | Felony, with at least two prior convictions in the above categories |
| ______ | Felony involving a minor victim |
| ______ | Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon |
| ______ | Failure to register as a sex offender (18 U.S.C. § 2250) |
| ___X___ | Serious risk the defendant will flee |
| ______ | Serious risk of obstruction of justice |

2. Reason for Detention

The Court should detain defendant because there are no conditions of release which will

reasonably assure:

___X___ Defendant’s appearance as required.

___X___ Safety of any other person and the community

3. Rebuttable Presumption

The government will invoke the rebuttable presumption against defendant under Section 3142(e).

______ Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

______ Probable cause to believe defendant committed 10 + year drug offense or probable cause to believe that defendant committed a crime in which a firearm was used or carried under Section 924(c)

______ Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

______ Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B)

______ Probable cause to believe defendant committed 10 + year offense involving a minor victim

4. Time for Detention Hearing

The government requests the Court conduct the detention hearing:

______ At the initial appearance

___X___ After continuance of _3_ days

The government also requests leave of court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this 17th day of March, 2026.

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

/s/ Joel Feil
Joel Feil
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: joel.feil4@usdoj.gov